IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**NYCOCA HAIRSTON**                                                  **PLAINTIFF**

**V.**                      **5:18CV00096 JM**

**RYAN D. MCCARTHY, Secretary**
**Department of the Army**                                        **DEFENDANT**

## **JUDGMENT**

Pursuant to the Order entered on this day, Judgment is hereby entered in favor of the Defendant and against the Plaintiff.

IT IS SO ORDERED this 26th day of February, 2020.

                                                      _____
                                                      James M. Moody Jr.
                                                      United States District