# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 20-1806
_____

Nycoca Hairston

Plaintiff - Appellant

v.

Christine Wormuth, Secretary Department of the Army

Defendant - Appellee

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Pine Bluff
(5:18-cv-00096-JM)
_____

## JUDGMENT

Before KELLY, GRASZ, and KOBES, Circuit Judges.

    This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

    After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in part, reversed in part, and remanded to the district court for proceedings consistent with the opinion of this court.

                                                                    July 29, 2021

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
      /s/ Michael E. Gans

# Abigail Temple

| | |
|---|---|
| **From:** | ca08ml_cmecf_Notify@ca8.uscourts.gov |
| **Sent:** | Thursday, July 29, 2021 8:27 AM |
| **Subject:** | 20-1806 Nycoca Hairston v. Christine Wormuth "judgment filed sua sponte affirmed/reversed/remanded" (5:18-cv-00096-JM) |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 07/29/2021

| | |
|---|---|
| **Case Name:** | Nycoca Hairston v. Christine Wormuth |
| **Case Number:** | 20-1806 |
| **Document(s):** | Document(s) |

**Docket Text:**
**JUDGMENT FILED -** The judgment of the originating court is AFFIRMED in part, REVERSED in part and REMANDED in accordance with the opinion. JANE KELLY, L. STEVEN GRASZ and JONATHAN A. KOBES Hrg Apr 2021 [5059643] [20-1806] (Britny Williams)

**Notice will be electronically mailed to:**

Mr. Shawn Garrick Childs: schilds@walkerandchilds.com
Ms. Jamie Goss Dempsey, Assistant U.S. Attorney: jamie.dempsey@usdoj.gov, tavia.douthard@usdoj.gov
Ms. Tammy H. Downs, Clerk of Court: ared_appeals@ared.uscourts.gov

The following document(s) are associated with this transaction:
**Document Description:** Judgment With Opinions
**Original Filename:** /opt/ACECF/live/forms/BritnyWilliams_201806_5059643_JudgmentsWithOpinions_258.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=07/29/2021] [FileNumber=5059643-0] [26fc133cb13f9b50ebb0341fc72fa134ef0470a072c99a0f9bf13cd5997e82073ba1b91d7ae659337c44401ea3f92f9ccd7cb3e4cce7252a1a163210fb2752c3]]
**Recipients:**

- Mr. Shawn Garrick Childs
- Ms. Jamie Goss Dempsey, Assistant U.S. Attorney
- Ms. Tammy H. Downs, Clerk of Court

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 5059643
**RELIEF(S) DOCKETED:**
  affirmed/reversed/remanded
**DOCKET PART(S) ADDED:** 6817037, 6817038, 6817039