# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 20-1806

Nycoca Hairston

Appellant

v.

Christine Wormuth, Secretary Department of the Army

Appellee

---

Appeal from U.S. District Court for the Eastern District of Arkansas - Pine Bluff
(5:18-cv-00096-JM)

---

## MANDATE

In accordance with the opinion and judgment of 07/29/2021, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

September 20, 2021

Clerk, U.S. Court of Appeals, Eighth Circuit

# John Hibbs

| | |
|---|---|
| **From:** | ca08ml_cmecf_Notify@ca8.uscourts.gov |
| **Sent:** | Monday, September 20, 2021 9:35 AM |
| **Subject:** | 20-1806 Nycoca Hairston v. Christine Wormuth "Mandate Issued" (5:18-cv-00096-JM) |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 09/20/2021

| | |
|---|---|
| **Case Name:** | Nycoca Hairston v. Christine Wormuth |
| **Case Number:** | 20-1806 |
| **Document(s):** | Document(s) |

**Docket Text:**
MANDATE ISSUED. [5078069] [20-1806] (Nicole Gillis)

**Notice will be electronically mailed to:**

Mr. Shawn Garrick Childs: schilds@walkerandchilds.com
Ms. Jamie Goss Dempsey, Assistant U.S. Attorney: jamie.dempsey@usdoj.gov, tavia.douthard@usdoj.gov
Ms. Tammy H. Downs, Clerk of Court: ared_appeals@ared.uscourts.gov
Honorable James M. Moody, Jr., U.S. District Judge: jay_moody@ared.uscourts.gov

The following document(s) are associated with this transaction:
**Document Description:** Mandate
**Original Filename:** /opt/ACECF/live/forms/NikiGillis_201806_5078069_MandateIssuedForms_386.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=09/20/2021] [FileNumber=5078069-0]
[71b0bb02ce7ece0db50e805e4487763854eb405525e261cb4a17dc72fa2af3930eef55e32018fffc49de13db6857c23f039
7b7e504ee6a42c4cbb7d1e0821839]]
**Recipients:**

- Mr. Shawn Garrick Childs
- Ms. Jamie Goss Dempsey, Assistant U.S. Attorney
- Ms. Tammy H. Downs, Clerk of Court
- Honorable James M. Moody, Jr., U.S. District Judge

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 5078069
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 6853360