IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**NYCOCA HAIRSTON**                                                                                    **PLAINTIFF**

v.                                           NO. 5:18-cv-96-JM

**CHRISTINE WORMUTH, Secretary**                                            **DEFENDANT**
**Department of the Army**

## JUDGMENT

This action came on for trial May 5, 2022, before the Court and a jury, the Honorable James M. Moody Jr., United States District Judge presiding.

The issues having been duly tried, and after deliberating thereon, the jury returned a verdict on May 6, 2022. The jury found in favor of the Defendant. Plaintiff's Complaint against the Defendant is therefore dismissed.

IT IS THEREFORE CONSIDERED, ORDERED AND ADJUDGED that Judgment be entered in favor of the Defendant. The Clerk is directed to close the case.

Dated this 9th day of May, 2022.

_____
UNITED STATES DISTRICT JUDGE