**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**NYCOCA HAIRSTON**                                                    **PLAINTIFF**

**v.**                      **NO. 5:18-cv-96-JM**

**CHRISTINE WORMUTH, Secretary**                       **DEFENDANT**
**Department of the Army**

### *MOTION FOR LEAVE TO WITHDRAW AS COUNSEL*

Shawn Childs, Lawrence Walker, and Crystal Okoro move for leave to withdraw as counsel for Plaintiff Nycoca Hairston ("Plaintiff") and, in support state the following.

1. Shawn Childs, Lawrence Walker, and Crystal Okoro represented Plaintiff at the trial of this matter held on May 5-6, 2022.  On May 9, 2022, the Court entered Judgment against Plaintiff consistent with the jury verdict and dismissed Plaintiff's Complaint.

2. Plaintiff discharged Childs, Walker, and Okoro as her counsel in this case and requested her case file.  Counsel has delivered a copy of Plaintiff's case file to her.

3. Childs and Plaintiff had agreed in writing that the scope of his representation did not include the filing of any post-trial motions or representation of Plaintiff on appeal.

4. Counsel has taken reasonable steps to avoid any foreseeable prejudice to the rights of the Plaintiff.  Counsel has informed Plaintiff in writing of her right to file motions under Fed. R. Civ. Pro. 59 and Fed. R. Civ. Pro. 60 (with copies of these rules provided), to file an appeal, and stated the respective deadlines.

5. Childs, Walker, and Okoro request that the Court relieve them of any further obligations to Plaintiff and to the Court in this case.

6. A copy of this motion will be served on Plaintiff.

7. Plaintiff's mailing address is 1482 Hereford Blvd, Clarksville, TN 37043.

WHEREFORE, Shawn Childs, Lawrence Walker, and Crystal Okoro respectfully pray that the Court allow them leave to withdraw as counsel for Plaintiff and relieve them of any further obligations to Plaintiff or to the Court in this matter.

Respectfully submitted,

WALKER & CHILDS, PLLC
1815 S. State Street
P.O. Box 3462
Little Rock, Arkansas 72206
501-287-8680 (Telephone)
501-222-8872 (Facsimile)
Email: schilds@walkerandchilds.com


   Shawn G. Childs
Shawn G. Childs, Bar No. 99058

   Lawrence Walker
Lawrence Walker, Bar No. 12042

   Crystal Okoro
Crystal Okoro, Bar No. 12077
Attorney at Law
P.O. Box 1118
North Little Rock, AR 72115
(501) 859-3424
(501) 983-4203 (fax)

ATTORNEYS FOR PLAINTIFF


**CERTIFICATE OF SERVICE**

I, Shawn G. Childs, certify that a copy of this paper has been served on May 11, 2022, on Plaintiff Nycoca Hairston, via the means below:

email:  cocohairston@yahoo.com

2

|   |   |
|---|---|
| <u>mailing address:</u> | 1482 Hereford Blvd<br>Clarksville, TN 37043 |

<u>  Shawn G. Childs  </u>
Shawn G. Childs