FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 06 2022

TAMMY H. DOWNS, CLERK
By: _____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

NYCOCA C. HAIRSTON                                          PLAINTIFF

v.

NO. 5:18-cv96-JM

CHRISTINE WORMUTH, Secretary                                DEFENDANT
Department of the Army

## MOTION FOR NEW TRIAL

Plaintiff Nycoca C. Hairston moves this Court to set aside the Judgment rendered against her on May 6, 2022 and grant her a new trial in this case. In the event, the Appellants Motion for a new Trial is not granted, the Plaintiff request that her Notice of Appeal, to the Eighth Circuit Court of Appeals move forward.

I.

The Motion is presented within the time limits prescribed by Arkansas Federal Rules of Civil Procedure Rule 59 (a) (1) (A) for New Trial and is requested for good cause.

1. The verdict is contrary to law;

2. The verdict is contrary to the evidence: which is insufficient to support granting a judgment;

3. The verdict is strongly against the weight of the evidence;

4. The Court erred in allowing Defendant witnesses to testify to HEARSAY evidence;

5. The Court erred in denying Plaintiff's witness to testify about things he witness with his own eyes and things he heard with his own ears (the Court intervened in such);

6. The Judge gave incorrect and harmful instructions to the jury;

7. A Juror failed to disclose of his relationship with a Defendants;

8. A witness for the Plaintiff testified to acts of perjury and conspiracy committed by Defendants.

II.

In support of the allegations set forth in this motion, Plaintiff would direct the Court's attention to the Affidavit of Nycoca C. Hairston.

III.

The granting of a new trial will not prejudice the other parties to this case.

Plaintiff is ready, able and willing to go to trial immediately and no delay, harm, or prejudice will occur to the parties as a result of Plaintiff's motion.

Plaintiff prays that after notice and hearing the judgment rendered in this cause be set aside and that Plaintiff be granted a new trial.

Respectfully submitted,

*Nycoca C. Hairston*
Nycoca C. Hairston
Pro Se Appellant
2011 Fort Campbell Blvd.
#2324
Clarksville, Tennessee 37042
931-494-4773
cocohairston@yahoo.com

CERTIFICATE OF SERVICE

I hereby certify a copy of this Motion was served on the Defendants Attorney of Record and mailed to the Clerk of Court for the Eastern District of Arkansas at the following address; by way of prepaid U.S. mail service.

United States District Court
Eastern District of Arkansas
Attention: Clerk of Court
600 West Capitol Avenue
Little Rock, Arkansas 72201

Jamie Goss Dempsey
Assistant U.S. Attorney
P.O. Box 1229
Little Rock, Arkansas 72203

Date: June 1, 2022

*Nycoca C. Hairston*
Nycoca C. Hairston
Pro Se Appellant

3

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

NYCOCA C. HAIRSTON                                 PLAINTIFF

v.

NO. 5:18-cv96-JM

CHRISTINE WORMUTH, Secretary                    DEFENDANT
Department of the Army

## PLAINTIFF'S SUPPORTING AFFIDAVIT

State of Tennessee
County of Montgomery

Before me, a notary public in and for Montgomery County, Tennessee, on this day personally appeared Nycoca C. Hairston, to me well known to be a credible person of lawful age and qualified in all respects to make this Affidavit, who being first sworn on oath, stated that she is the Plaintiff in the foregoing Motion for New Trial and that she has read the foregoing Motion and that this Motion for New Trial is in every statement and allegation thereof, true and correct to her own personal knowledge.

Respectfully submitted,

*/s/ Nycoca C. Hairston*

Nycoca C. Hairston
Pro Se Appellant
2011 Fort Campbell Blvd.
#2324
Clarksville, Tennessee 37042
931-494-4773
cocohairston@yahoo.com

SWORN TO AND SUBCRIBED BEFORE ME on June 1, 2022 by

*/s/ Nycoca C. Hairston*

*/s/ Faye Rennell Hobson*
Faye Rennell Hobson

Notary Public in and for the State of Tennessee

My Commission Expires:_____

My Commission Expires
February 23, 2025

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

NYCOCA C. HAIRSTON                                              PLAINTIFF

v.

NO. 5:18-cv96-JM

CHRISTINE WORMUTH, Secretary                                    DEFENDANT
Department of the Army

ORDER SETTING HEARING DATE

    IT IS ORDERED that the hearing on Motion for New Trial be set for _____ o'clock on the _____ day of _____, 2022 in the courtroom of the _____ Court, in the _____ of _____ in Little Rock, Arkansas.
    SIGNED this the _____ day of _____.

                                                         JUDGE PRESIDING

CERTIFICATE OF SERVICE

    I certify that a true copy of the above Motion and Order Setting Hearing Date has this day been:

_____ delivered in person

_____ delivered by courier with receipted delivery

_____ sent by certified mail, return receipt requested

To:_____

On this _____ day of _____.

                                                   Respectfully submitted,

                                                   *Nycoca C. Hairston* (signature)
                                                   Nycoca C. Hairston
                                                   Pro Se Appellant
                                                   2011 Fort Campbell Blvd.
                                                   #2324
                                                   Clarksville, Tennessee 37042
                                                   931-494-4773
                                                   cocohairston@yahoo.com

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

NYCOCA C. HAIRSTON                                                                                       PLAINTIFF

v.

NO. 5:18-cv96-JM

CHRISTINE WORMUTH, Secretary                                                                  DEFENDANT
Department of the Army

ORDER ON MOTION FOR NEW TRIAL

On_____, the Court heard the motion for a new trial duly

filed on_____ by_____,

the_____, in the above-entitled and numbered cause.

The motion was duly presented to the Court, and the Court is of opinion that the motion should be:

_____ granted.

_____overruled.

IT IS THEREFORE ORDERED that the motion for new trial filed by_____ is:

_____ granted.

_____overruled.

And that a new trial is:

_____granted.

_____denied.

SIGNED on_____

_____
JUDGE PRESIDING